Richard Johnston – SBN 124524
Johnston Law Office
131A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 939-5299
Facsimile (707) 837-9532
RichardJohnstonEsq@gmail.com

*Attorney for Plaintiff
M. Todd Jenks*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. TODD JENKS,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DLA PIPER LLP (US); DLA PIPER RUDNICK GRAY CARY US LLP PLAN # 525,<br><br>　　Defendants. | Case no. 3:15-cv-00254-VC<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE DEFENDANTS' PENDING MOTION TO DISMISS<br>[Civil Local Rule 7-11]<br><br>Date:　　　Administrative Relief Motion<br>Time:　　　Administrative Relief Motion<br>Courtroom:　4, 17th Floor |

The Court, having reviewed plaintiff M. Todd Jenks' unopposed motion for administrative relief, and good cause appearing,

IT IS HEREBY ORDERED THAT:

(a) plaintiff is granted leave to submit a brief in opposition to defendants' pending motion to dismiss of up to 24 pages; and

(b) plaintiff's opposition brief shall be filed no later than April 30, 2015; and

(c) defendants' reply brief shall be filed no later than May 7, 2015.

Dated: April 27, 2015

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Vince Chhabria
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Northern District of California

1

*[Proposed] Order Granting Motion for Administrative Relief — Case no. 3:15-cv-000254-VC*